UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES DUGAN, DAVID SANSONE, and all persons similarly situated, | ) ) ) ) |
| Plaintiffs, | ) **STIPULATION** ) |
| v. | ) Civil Action No. ) 5:10-CV-1151 |
| THE UPS HEALTH CARE PACKAGE, also known as THE UPS HEALTH CARE PACKAGE FOR RETIRED EMPLOYEES, also known as THE UPS HEALTH CARE PACKAGE FOR RETIREES; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., Plan Administrator, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

It is hereby stipulated by and between the undersigned parties, by and through their respective attorneys, as follows:

Defendants shall not terminate or otherwise reduce the health insurance coverage of any participant or beneficiary in The UPS Health Care Package for failure to pay the "additional contributions" until determination of plaintiffs' application for a preliminary injunction or further order of the Court.

Dated: September 30, 2010                         Dated: September 30, 2010

**PROSKAUER ROSE LLP**                      **BLITMAN & KING LLP**

By:   s/ Russell L. Hirschhorn                 By:   s/ Donald D. Oliver
      Russell L. Hirschhorn, Esq.                    Donald D. Oliver, Esq.
      Attorneys for Defendants                       Attorneys for Plaintiffs
      1585 Broadway                                  Office and Post Office Address
      New York, NY 10036-8299                        Franklin Center, Suite 300

Telephone: (212) 969-3286  443 North Franklin Street
Facsimile: (212) 969-2900  Syracuse, New York 13204-1415
　　　　　　　　　　　　　　Telephone:  (315) 422-7111
　　　　　　　　　　　　　　Facsimile: (315) 471-2623

SO ORDERED:　　　　　　　　　DATE:

_____
Hon. Norman A. Mordue