UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DUGAN, DAVID SANSONE, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UPS HEALTH CARE PACKAGE, also known as THE UPS HEALTH CARE PACKAGE FOR RETIRED EMPLOYEES, also known as THE UPS HEALTH CARE PACKAGE FOR RETIREES; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., Plan Administrator,<br><br>Defendants. | Civil Action No.<br>5:10-CV-1151 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2010, I electronically filed Amended Exhibit H to Affidavit of Donald D. Oliver, Esq. (Dkt. No. 8) with the Clerk of the District Court using the CM/ECF system, and that on September 29, 2010, my firm received written consent to serve and did serve the same via electronic mail to the following:

> Myron D. Rumeld, Esq. (MRumeld@proskauer.com)
> Russell L. Hirschhorn, Esq. (RHirschhorn@proskauer.com)
> Attorneys for Defendants
> Proskauer Rose LLP
> 1585 Broadway
> New York, NY 10036-8299

Dated: September 30, 2010                           BLITMAN & KING LLP

/s/ Donald D. Oliver
Donald D. Oliver, Esq. (Bar No. 102298)
Attorneys for Plaintiffs

        Franklin Center, Suite 300
        443 North Franklin Street
        Syracuse, New York 13204
        Telephone: (315) 422-7111
        Facsimile:  (315) 471-2623
        bjlaclair@bklawyers.com