UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DUGAN, DAVID SANSONE, and all persons similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>THE UPS HEALTH CARE PACKAGE, also known as THE UPS HEALTH CARE PACKAGE FOR RETIRED EMPLOYEES, also known as THE UPS HEALTH CARE PACKAGE FOR RETIREES; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., Plan Administrator,<br><br>      Defendants. | **STIPULATION**<br><br>Civil Action No.<br>5:10-CV-1151 |

  It is hereby stipulated by and between the undersigned parties, by and through their respective attorneys, as follows:

  Defendants shall not terminate or otherwise reduce the health insurance coverage of any participant or beneficiary in The UPS Health Care Package for failure to pay the "additional contributions" until determination of plaintiffs' application for a preliminary injunction or further order of the Court.

Dated: September 30, 2010

**PROSKAUER ROSE LLP**

By: s/ Russell L. Hirschhorn
   Russell L. Hirschhorn, Esq.
   Attorneys for Defendants
   1585 Broadway
   New York, NY 10036-8299

Dated: September 30, 2010

**BLITMAN & KING LLP**

By: s/ Donald D. Oliver
   Donald D. Oliver, Esq.
   Attorneys for Plaintiffs
   Office and Post Office Address
   Franklin Center, Suite 300

Telephone: (212) 969-3286                             443 North Franklin Street
Facsimile: (212) 969-2900                              Syracuse, New York 13204-1415
                                                                      Telephone: (315) 422-7111
                                                                      Facsimile: (315) 471-2623

SO ORDERED:                                           DATE: September 30, 2010

*/s/ Norman A. Mordue*
Hon. Norman A. Mordue